UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JULIA SUN, et al.,<br><br>    Defendants. | Case No. **14-cv-00691-PJH**<br><br>**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for May 7, 2015 at 2:00.  The request is GRANTED.  The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

**IT IS SO ORDERED.**

Dated: May 4, 2015

_____
**Phyllis J. Hamilton
United States District Judge**